ANDREW MAST (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: 415.934.5300 / Fax: 415.934.5399
paradi.javandel@usdoj.gov

Attorneys for United States of America

**FILED**

Mar 06 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIYOAKI SHIROTORI, <br><br> Defendant. | NO. CR-15-00163-JD <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against KIYOAKI SHIROTORI without prejudice. Mr. Shirotori died on July 3, 2022, and the United States has obtained a copy of a report from the National Police Agency of Japan confirming the death.

DATED: February 26, 2025                          Respectfully submitted,

                                                  */s/ Paradi Javandel*
                                                  Paradi Javandel
                                                  Trial Attorney
                                                  Antitrust Division
                                                  United States Department of Justice

NOTICE OF DISMISSAL
No. CR-15-00163-JD

**ORDER**

Leave is granted to the government to dismiss the indictment against KIYOAKI SHIROTORI.

Date: 3/6/2025

_____
HON. JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
No. CR-15-00163-JD